IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-** |
| v. | : | **DATE FILED: October 24, 2024** |
| **BRAIDEN WILLIAMS** | : | **VIOLATIONS:** |
| | | 18 U.S.C. §§ 2261A(2)(B), 2261B(a) |
| | : | (cyberstalking of a minor – 1 count) |
| | | 18 U.S.C. § 844(e) (maliciously conveying |
| | : | false information about explosives – 1 count) |
| | : | 18 U.S.C. § 2 (aiding & abetting) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about April 10, 2023 through on or about May 17, 2023, in the Eastern District of Pennsylvania, and elsewhere, defendant

**BRAIDEN WILLIAMS,**

with the intent to injure, harass, and intimidate a person under the age of 18 years who is known to the grand jury as Victim 1, used interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and facilities of interstate commerce to engage in a course of conduct, including but not limited to numerous threatening and harassing text messages to Victim 1, and aided and abetted such conduct, that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

In violation of Title 18, United States Code, Sections 2261A(2)(B), 2261B(a) and 2.

2

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 12, 2023, in the Eastern District of Pennsylvania, and elsewhere, defendant

**BRAIDEN WILLIAMS,**

through the use of the telephone and other instruments of interstate commerce, and in and affecting interstate commerce, maliciously conveyed false information knowing the same to be false, and aided and abetted such malicious conveyance of false information, concerning numerous alleged attempts being made to kill individuals and unlawfully destroy school buildings across the country, by means of explosives.

In violation of Title 18, United States Code, Sections 844(e) and 2.



**JACQUELINE C. ROMERO**
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of Pennsylvania*

**Criminal Division**

THE UNITED STATES OF AMERICA

vs.

BRAIDEN WILLIAMS

INDICTMENT

18 U.S.C. §§ 2261A(2)(B), 2261B(a) (cyberstalking of a minor – 1 count)
18 U.S.C. § 844(e) (maliciously conveying false information about explosives – 1 count)
18 U.S.C. § 2 (aiding & abetting)

*Clerk*

*Bail, $_____*